UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22654-JEM

**ROSE CARINE THEVENIN,**

**Plaintiff,**

v.

**FLORIDA MEMORIAL UNIVERSITY, INC.,**

**Defendant.**
_____/

## MEDIATOR'S REPORT

Erika Deutsch Rotbart, Esq., the undersigned certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **March 18, 2024,** and

\_\_\_X\_\_\_\_\_  AN AGREEMENT WAS REACHED.

_____  The Agreement is attached with consent of the parties.

_____  NO AGREEMENT WAS REACHED; IMPASSE.

_____  The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an Agreement is filed with the Court on or before \_\_/\_\_/24, then this Matter shall be deemed at an impasse.

_____  Other:_____

*s/Erika Deutsch Rotbart*
Erika Deutsch Rotbart, Esq.
FL Bar No. 0047686
Mediator Certification No. 17024 CR

1

## CERTIFICATE OF SERVICE / SERVICE LIST

**I HEREBY CERTIFY** that on **March 18, 2024**, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in this Service List in the manner specified, either via transmission of the Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Michelle Cohen Levy, Esq.              **michelle@cohenlevylegal.com**
The Law Office of Michelle Cohen Levy, P.A.
4400 N. Federal Highway
Lighthouse Point, FL 33064

Rocio Blanco Garcia, Esq.              **rblanco@littler.com**
Alan Persuad, Esq.                     **apersaud@littler.com**
Littler Mendelson, P.C.
333 SE 2nd Ave, Suite 2700
Miami, FL 33131

 

DEUTSCH ROTBART & ASSOCIATES, P.A.
Mediator
4755 Technology Way, Suite 106
Boca Raton, Florida 33431
Telephone: 561.361.8010
Facsimile:  561.361.8086

BY:   *s/Erika Deutsch Rotbart*
      Erika Deutsch Rotbart
      Florida Bar No.: 0047686
      Mediator Certification No. 17024 CR